JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KENNETH DAVIS,<br><br>　　　　　Defendant | No. 2:15 cv 3473<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Kenneth Davis, in the principal amount of $28,095.22 plus interest accrued to May 1, 2015, in the sum of $11,686.11; with interest accruing thereafter at 4.25% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**39,781.33**.

DATED: 5/12/15　　　　　　　　　　By: TERRY NAFISI
　　　　　　　　　　　　　　　　　　　Clerk of the Court
　　　　　　　　　　　　　　　　　　　_Yvette Lewis_
　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　　United States District Court